473 A.2d 700

Malseed v. Malseed, Appellant.

Argued January 12, 1984. John J. Krafsig, Jr., for appellant; Paul James Esposito, for appellee.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Order affirmed.